No. 10-10260. Byron Lamar Waring, Petitioner v. North Carolina.

565 U.S. 832, 132 S. Ct. 132, 181 L. Ed. 2d 53, 2011 U.S. LEXIS 5540.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of North Carolina denied.

Same case below, 364 N.C. 443, 701 S.E.2d 615.

No. 10-10261. Shauntay Jermaine Wheaton, Petitioner v. E. K. McDaniel, Warden.

565 U.S. 832, 132 S. Ct. 132, 181 L. Ed. 2d 53, 2011 U.S. LEXIS 5722.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 412 Fed. Appx. 965.

No. 10-10266. James Guyton, Petitioner v. United States.

565 U.S. 832, 132 S. Ct. 132, 181 L. Ed. 2d 53, 2011 U.S. LEXIS 5474.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 636 F.3d 316.

No. 10-10267. Donald G. Jones, Petitioner v. Joseph Canizaro, et al.

565 U.S. 832, 132 S. Ct. 132, 181 L. Ed. 2d 53, 2011 U.S. LEXIS 5757,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-10269. Gary J. Karpin, Sr., Petitioner v. Arizona.

565 U.S. 832, 132 S. Ct. 132, 181 L. Ed. 2d 53, 2011 U.S. LEXIS 5341.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.

No. 10-10270. William S. Karn, Petitioner v. Clayton S. Morrow, et al.

565 U.S. 832, 132 S. Ct. 133, 181 L. Ed. 2d 53, 2011 U.S. LEXIS 5508.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 415 Fed. Appx. 428.

No. 10-10272. Kevin Joe Picotte, Petitioner v. E. K. McDaniel, Warden, et al.

565 U.S. 832, 132 S. Ct. 133, 181 L. Ed. 2d 53, 2011 U.S. LEXIS 5834.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-10281. Mikal Wali Naji, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 833, 132 S. Ct. 133, 181 L. Ed. 2d 53, 2011 U.S. LEXIS 5272.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.